UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JUAN CASTANON, individually and dba Franco's Bar, <br><br> Defendant. | CASE NO. CV 04-3715 ER (RZx) <br><br> CLERK'S <br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant JUAN CASTANON, individually and d/b/a Franco's Bar, the Default Judgment entered on 11/15/04 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment      $32,684.00
    b. Costs after judgment      $ -0-
    c. Attorneys fees:      $ -0-
    d. Subtotal (*add a and b*)      $32,684.00
    e. Credits after judgment      $10,000.00
    f. Subtotal (*subtract d from c*)      $22,684.00
    g. Interest after judgment      $ 4,955.35

|   |   |   |
|---|---|---|
| h. Fee for filing renewal application | | $ -0- |
| i. **Total renewed judgment** *(add e, 5, and g)* | | $27,639.35 |

DATED: 8/19/2013              CLERK, by   Joseph Remigio              ,
                              Deputy

1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | One California Plaza
300 South Grand Avenue, Suite 2670
3 | Los Angeles, CA 90071-3161
4 | Tel: 213-229-9292
Fax: 213-229-9295
5 | TPRLA@att.net

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

6 | Attorneys for Plaintiff
Entertainment By J & J, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Entertainment By J & J, Inc.,

Plaintiff,

vs.

Juan Castanon, et al.,

Defendant.

Case No. CV 04-3715 ER (RZx)

Judgment
~~ORDER (Proposed)~~

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Default having been entered in this action on September 9, 2004, and the application for and declarations in support of default judgment having been filed on or about October 12, 2004, and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///
///

49600

ORDER (Proposed)
CASE NO. CV 04-3715 ER (RZx)
PAGE 1

1  IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against
2  Defendant Juan Castanon, individually and d/b/a Franco's Bar and in favor of Entertainment By J & J,
3  Inc., as follows:

4

5  a.  47 U.S.C. § 553 (b)(2) and (c)2(c):        $ 11,400.00  as

6

7  statutory damages plus $ 20,000.00  as damages for willful

8

9  violation;

10                                                Total: $ 31,400.00

11

12  Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE

13

14  FOREGOING IN THE SUM OF $ 31,400.00  plus attorneys' fees in the amount of

15

16  $ 1,284.00 , for total of $ 32,684.00  and costs in the amount of to be

17

18  claimed on a costs bill.

19

20

21

22  ITS SO ORDERED:

23

24                                                NOV 15 2004
25  _Edward Rafeedie_   Dated:_____
    The Honorable Edward Rafeedie
26  Senior Justice of the United States District Court
    Central District of California
27  ///

28  ///

ORDER (Proposed)
CASE NO. CV 04-3715 ER (RZx)
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071-3161. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 12, 2004, I served:

**ORDER (PROPOSED)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Juan Castanon           (Defendant)
1903-05 E. Nadeau St.
Los Angeles, CA 90001

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 12, 2004, at Los Angeles, California.

Dated: October 12, 2004                   _____
                                          INESA MAMIDJANYAN

ORDER (Proposed)
CASE NO. CV 04-3715 ER (RZx)
PAGE 3